**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN J. ALTHER,<br><br>    Defendant. | Case No. 5:25-po-00119-CDB<br><br>CVB Violation E1574536 / CA10<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO SATISFY JUDGMENT<br><br>(Doc. 3)<br><br>ORDER SETTING HEARING |

On March 10, 2025, Defendant Steven J. Alther was issued a citation on Naval Air Weapons Station China Lake for violation of California Vehicle Code § 20002 (Hit and Run with Property Damage), assimilated pursuant to 18 U.S.C. § 13. (Doc. 1).

On June 3, 2025, Defendant appeared for arraignment, was advised of his rights, the charge, and the maximum penalty upon conviction, and entered a plea of guilty. (Doc. 3). Defendant was sentenced to a total financial obligation of $750.00 and ordered to pay in full no later than August 12, 2025, and judgment was entered accordingly on June 5, 2025. (Docs. 3, 4).

According to the docket, Defendant has failed to timely satisfy the judgment and has made no payments toward the total financial obligation imposed. The judgment advised Defendant that failure to timely pay may result in the imposition of late/delinquent charges and the lodging of a vehicle abstract on Defendant's driving record.

Accordingly, for the reasons set forth above, it is **HEREBY ORDERED**, Defendant shall appear on **September 2, 2025, at 10:00AM** in Bakersfield (CDB) before Magistrate Judge Christopher D. Baker, to show cause why sanctions should not be imposed for Defendant's failure to timely satisfy the judgment entered June 5, 2025.

Any failure by Defendant to comply with this order and timely appear for the show cause hearing will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **August 13, 2025**

UNITED STATES MAGISTRATE JUDGE